IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY DONALD BILLINGSLEY,** <br> **# 303088,** <br> <br> Plaintiff, <br> <br> vs. <br> <br> **KIWANIS CLUB NATIONAL FAIR,** <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 2:23-cv-243-TFM-B <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of November, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE